# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128911

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE JOHN F. ERVIN TESTAMENTARY TRUST

_____

JANE PEARSON EVANS a/k/a MARY JANE
PEARSON EVANS,
      Petitioner-Appellant,

v

BANK ONE TRUST CO., NA,
      Respondent-Appellee,

and

ERVIN INDUSTRIES, INC., JOHN PEARSON,
NANCY P. RUDOLPH, and ANN E. JORGENSON,
      Appellees.

SC: 128911
COA: 249974
Washtenaw CC: 02-000932-AV

_____/

On order of the Court, the application for leave to appeal the February 24, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk